**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>**TAHMIR PENA BLAYLOCK** | **CRIMINAL NO. 26-083** |

**ORDER**

**AND NOW,** this 26th day of October 2026, upon consideration of Defendant Tahmir Pena Blaylock's Motion to Suppress [Doc. No. 22] and the government's Response thereto [Doc. No. 26], and after a hearing held before the Court on September 30, 2026, it is hereby **ORDERED** that, consistent with the Findings of Fact and Conclusions of Law contained in the accompanying Memorandum Opinion, Defendant's Motion [Doc. No. 22] is **DENIED**.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**